# ELECTRONIC RECORD

COA # 01-13-00234-CR          OFFENSE: 19.02 (Murder)

STYLE: Terrence Brent McNeil v. The State of Texas          COUNTY: Harris

COA DISPOSITION: AFFIRM          TRIAL COURT: 338th District Court

DATE: 11/20/2014          Publish: YES          TC CASE #: 1362563

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Terrence Brent McNeil v. The State of Texas          CCA #: 1599-14

___PRO SE___ Petition

CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

___STRUCK___          JUDGE: _____

DATE: 02/25/2015          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

___PRO SE___ PETITION          REHEARING IN CCA IS: _____

FOR DISCRETIONARY REVIEW          JUDGE: _____

IS __REFUSED__

DATE __04/22/2015__

_____
JUDGE

ELECTRONIC RECORD